**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKKI A. DE LA ROSA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO. CV 08-00004 VAP (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  The Court has reviewed the file, the Report, and a de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: October 28, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE